UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
      v.                    )   2:08-CR-060-GMN (VCF)
                            )
NORMAN MARTIN,              )
                            )
            Defendant.      )

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT NORMAN MARTIN

On October 3, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant NORMAN MARTIN to the United States of America. Docket #59, #60, #62, #64.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture (#64) is final as to defendant NORMAN MARTIN.

DATED this 10th day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE