1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   WILLIAM CARRICO
3  Assistant Federal Public Defender
   411 E. Bonneville Avenue, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577
5  (Fax) 388-6261

6  Attorney for NORMAN MARTIN

7

8               UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10

11  UNITED STATES OF AMERICA,            2:08-CR-060-GMN-VCF

12              Plaintiff,                **UNOPPOSED MOTION AND ORDER
                                          TO EXTEND APRIL 9, 2012 SELF
13  vs.                                   SURRENDER DATE**

14  NORMAN MARTIN,

15              Defendant.

16

17         COMES NOW the Defendant, NORMAN MARTIN, by and through his counsel,

18  William Carrico, Assistant Federal Public Defender, and hereby requests an extension to his April

19  9, 2012 self surrender date of sixty (60) days. This request is based upon the attached Points and

20  Authority and all pleadings and papers previously filed herein.

21         DATED this 21st day of March, 2012.

22                                         RENE L. VALLADARES
                                           Federal Public Defender
23
                                           */s/ William Carrico*
24                                    By_____
                                           WILLIAM CARRICO
25                                         Assistant Federal Public Defender

26

27

28

**POINTS AND AUTHORITIES**

On January 27, 2012, this court issued a Judgment (#69) wherein Mr. Martin was sentenced to 120 months custody. This court ordered that Mr. Martin self-surrender by 12:00 noon on April 9, 2012.

The U.S. Marshal's has advised that Mr. Martin has yet to be designated. Mr. Martin's designation entails a medical designation which typically delays the designation process. Mr. Martin also requires additional time to attend to some medical issues prior to surrendering to the Marshals to commence his sentence.

Neither the Government or Pre-trial Services has any opposition. Mr. Martin has continued to remain compliant post-sentencing.

**CONCLUSION**

Mr. Martin hereby requests the court to extend his self surrender date from April 9, 2012 to a date in the future but not earlier than 60 days.

DATED this 20th day of March, 2012.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ William Carrico*
By_____
WILLIAM CARRICO
Assistant Federal Public Defender
Counsel for Norman Martin

|     |     |
| --- | --- |
| 1   | RENE L. VALLADARES |
|     | Federal Public Defender |
| 2   | State Bar No. 11479 |
|     | WILLIAM CARRICO |
| 3   | Assistant Federal Public Defender |
|     | 411 E. Bonneville Avenue, Ste. 250 |
| 4   | Las Vegas, Nevada 89101 |
|     | (702) 388-6577 |
| 5   | (Fax) 388-6261 |
| 6   | Attorney for NORMAN MARTIN |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:08-CR-060-GMN-VCF |
| --- | --- |
| Plaintiff, | **ORDER ON MOTION TO EXTEND April 9, 2012 SELF SURRENDER DATE** |
| vs. | |
| NORMAN MARTIN, | **NEW Self-Surrender Date: 06/11/2012 before 12:00 noon.** |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant, Norman Martin's self surrender date of April 9, 2012, be extended to **June 11, 2012, before 12:00 noon.**

**DATED** this 21st day of March, 2012.

_____
Gloria M. Navarro
United States District Judge

3