1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,               )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )
                                        )          2:08-CR-060-GMN (VCF)
NORMAN MARTIN,                          )
                                        )
                    Defendant.          )
_____)

**FINAL ORDER OF FORFEITURE**

On October 3, 2011, the United States District Court for the District of Nevada entered a

Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United

States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea

of guilty by defendant NORMAN MARTIN to a criminal offense, forfeiting specific property alleged

in the Superseding Criminal Information and agreed to in the Plea Memorandum, and shown by the

United States to have the requisite nexus to the offense to which defendant NORMAN MARTIN pled

guilty.  Information, ECF No. 59. Plea Memorandum, ECF No. 60.  Minutes of Change of Plea

Proceedings, ECF No. 62.  Preliminary Order of Forfeiture, ECF No. 64.

This Court finds the United States of America published the notice of the forfeiture in

accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from October 5, 2011, through November 3, 2011, notifying all third parties of their

right to petition the Court. Notice of Filing Proof of Publication, ECF No. 66.

. . .

On February 17, 2012, Kimberly Douglas Johnson was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 71.

On March 5, 2012, Douglas S. Johnson petitioned the court for return of the Remington rifle involved in this case. Letter from Douglas S. Johnson to AUSA Michael Humphreys, ECF No. 70

On March 22, 2012, Kimberly D. Johnson moved for return of her property. Motion for Return of Property by Kimberly D. Johnson, ECF No. 73.

On April 12, 2012, the United States of America filed a Stipulated Motion for Dismissal of Claims by Douglas Johnson and Kimberly D. Johnson. Stipulation for Dismissal of Claims of Douglas Johnson and Kimberly D. Johnson, ECF No. 77.  On April 13, 2012, the Court granted the Stipulation. Order Granting 77 Stipulation, ECF No. 78.

This Court finds  no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

      a.    a Remington, Model 788, .243 caliber rifle, serial number B6159633; and

      b.    any and all ammunition.

. . .

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

**DATED** this 25th day of April, 2012.

Gloria M. Navarro
United States District Judge