# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br>  vs. ) <br> ) <br> NORMAN MARTIN, ) <br> ) <br>     Defendant. ) <br> ) | Case No.: 2:08-cr-00060-GMN-VCF <br><br> **ORDER** |

Pending before the Court is Defendant Norman Martin's ("Defendant's") Emergency Motion for Order Reducing Sentence or Modifying Judgment pursuant to 18 U.S.C. § 3582(c)(1)(A), (ECF No. 91).  Defendant contends that his current medical conditions present "extraordinary and compelling reasons" for emergency compassionate release because of the ongoing COVID-19 pandemic.   The Government filed a Response, (ECF No. 93), conceding that the Court has jurisdiction to consider Defendant's Motion and stating that it does not oppose Defendant's request for emergency release. (Resp. 2:12–3:8).

  The Court finds that it has jurisdiction to consider Defendant's Motion, and that compassionate release under § 3582(c)(1)(A) is appropriate based on the reasons asserted in Defendant's Motion. (Em. Mot. Compassionate Release 15:13–18:17).  Further, the Court agrees with Defendant's proposal: his best option upon release is to reside at the home of his brother, Terry Martin, in Arizona and quarantine there for a minimum of fourteen days.  But to ensure that Terry Martin's home in Arizona is in fact a viable option for release, the Court will delay Defendant's release until the United States Probation Office investigates the proposed home.  Accordingly,

///

**IT IS HEREBY ORDERED** that Defendant's Emergency Motion for Order Reducing Sentence or Modifying Judgment pursuant to 18 U.S.C. § 3582(c)(1)(A), (ECF No. 91), is **GRANTED as stated in this Order**.  Specifically, the United States Probation Office shall file a status report with the Court on or before July 6, 2020, addressing whether Terry Martin's home in Peoria, Arizona meets the criteria for supervised release housing.  If the United States Probation Office finds Terry Martin's Arizona home suitable for Defendant's housing, Defendant will be immediately released from custody and his one-year term of supervised release will commence as stated in the Judgment, (ECF No. 69).  Upon Defendant's release, Defendant must immediately travel to Terry Martin's home in Peoria, Arizona, and quarantine in place for fourteen days.  If the United States Probation Office does not find that Terry Martin's home is suitable for Defendant's release, Defendant shall file with the Court a supplemental brief addressing alternative options for his immediate release; and, in that circumstance, the Court will file a separate Order governing immediate release.

**DATED** this __30__ day of June, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court