**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.: 2:08-cr-00060-GMN-VCF |
| vs. | ) | |
| | ) | **ORDER** |
| NORMAN MARTIN, | ) | |
| Defendant. | ) | |

On June 30, 2020, the Court filed its Order granting Defendant Norman Martin's ("Defendant's") Emergency Motion for Order Reducing Sentence or Modifying Judgment pursuant to 18 U.S.C. § 3582(c)(1)(A), (ECF No. 91). The Court ordered that, if the United States Probation Office finds the Arizona home of Defendant's brother, Terry Martin, suitable for Defendant's housing, Defendant shall be released from custody and his one-year term of supervised release will commence as stated in the Judgment, (ECF No. 69). The Court further ordered that upon Defendant's release, Defendant must immediately travel to Terry Martin's home in Peoria, Arizona, and quarantine in place for fourteen days.

The Court has since received a Report from the United States Probation Office detailing the following: "the District of Arizona conducted a transfer investigation regarding Mr. Martin's request to release to the District of Arizona . . .. [and] the District of Arizona has approved Mr. Martin's request to transfer his supervision to the District of Arizona and to reside at his brother's residence in Peoria, Arizona."

///

///

///

Accordingly,

**IT IS HEREBY ORDERED** that the Bureau of Prisons shall release Defendant from custody.

**IT IS FURTHER ORDERED** that, once release, Defendant must comply with the terms of the Court's prior Order authorizing release, (ECF No. 95).

**DATED** this __16__ day of July, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court